## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHARLES DEWEY HOLT | ) | Case No. 20-30836-KRH |
| | ) | Chapter 13 |
| Debtor | ) | |

## NOTICE OF MOTION TO EXTEND THE AUTOMATIC STAY AND HEARING

The above-named Debtor, by counsel, has filed a Motion to Extend the Automatic Stay with the Court pursuant to 11 U.S.C. § 362(c)(3)(B). Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one.

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THIS MOTION WILL BE HELD ON March 11, 2020 at 12:00 p.m. in Honorable Judge Kevin R. Huennekens' Courtroom, U.S. Bankruptcy Court, 701 E. Broad Street, Room 5000, Richmond, VA 23219.**

If you want to be heard on this matter, then no later than three (3) days before the date of the hearing, you or your attorney must:

1. File with the court, at the address below, a written response pursuant to Local Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street, Room 4000
> Richmond, VA 23219-3515

2. You must also mail a copy to:

> James E. Kane, Esquire
> Kane & Papa, PC
> P.O. Box 508
> Richmond, VA  23218

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Respectfully submitted,

CHARLES DEWEY HOLT
By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
Counsel for Debtor

## **CERTIFICATE OF SERVICE**

I certify that on February 25, 2020, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtors, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest of the mailing matrix attached hereto.


/s/ James E. Kane
Counsel for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                    )
                                          )
CHARLES DEWEY HOLT                        )          Case No. 20-30836-KRH
                                          )          Chapter 13
                        Debtor            )

## MOTION TO EXTEND AUTOMATIC STAY

COMES NOW the Debtor, by counsel, pursuant to 11 U.S.C. § 362(c)(3)(B) and files the

following Motion to Extend Automatic Stay, and affirmatively states as follows:

## Jurisdiction

1.      Jurisdiction of this Court over the instant matter is based upon 28 U.S.C. §§ 1334

and 157 in that this action arises in and relates to the bankruptcy case of the Debtor.

2.      This proceeding is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (B), (K), and

(O).

3.      Venue is proper pursuant to 28 U.S.C. § 1409.

## Background Facts

4.      On February 18, 2020 (hereinafter the "Petition Date"), the Debtor filed a petition

for relief under Chapter 13 of the Bankruptcy Code (the "instant case").

5.      Within the year prior to filing the instant case, Debtor has been a debtor in one (1)

pending Chapter 13 bankruptcy case.

WHEREFORE, the Debtor respectfully requests this Honorable Court to enter an Order

extending the automatic stay as to all creditors, as to Debtor and the Debtor's property, and as to

James E. Kane (VSB# 30081)
KANE & PAPA, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

the property of the estate for the duration of the instant case, and for such other and further relief as to the Court shall be deemed appropriate.

Respectfully submitted,

CHARLES DEWEY HOLT

By Counsel:

/s/ James E. Kane
James E. Kane (VSB# 30081)
KANE & PAPA, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I certify that on February 25, 2020, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest of the mailing matrix attached hereto.

/s/ James E. Kane
Counsel for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing | UST smg Richmond | United States Bankruptcy Court |
| 0422-3 | Office of the U. S. Trustee | 701 East Broad Street |
| Case 20-30836-KRH | 701 East Broad St., Suite 4304 | Richmond, VA 23219-1888 |
| Eastern District of Virginia | Richmond, VA 23219-1849 | |
| Richmond | | |
| Tue Feb 25 16:21:19 EST 2020 | | |
| | | |
| Bank Of America | Cavalry Portfolio Services | Cavalry SPV I, LLC |
| 4909 Savarese Circle | Attn: Bankruptcy Department | Assignee of Citibank, NA |
| F11-908-01-50 | 500 Summit Lake Ste 400 | 500 Summit Lake Drive, Ste 400 |
| Tampa, FL 33634-2413 | Valhalla, NY 10595-2322 | Valhalla, NY 10595-2321 |
| | | |
| Chase Card Services | Henrico Doctors Hospital | Henrico Doctors Retreat Hosp. |
| Attn: Bankruptcy | Resurgent Capital Services | NPAS Solutions |
| Po Box 15298 | PO Box 1927 | P.O. 2248 |
| Wilmington, DE 19850-5298 | Greenville, SC 29602-1927 | Maryland Heights, MO 63043-1048 |
| | | |
| Internal Revenue Service | Medicredit | Midland Funding |
| P.O. Box 7346 | P O 1629 | 2365 Northside Dr Ste 300 |
| Philadelphia, PA 19101-7346 | Maryland Heights, MO 63043-0629 | San Diego, CA 92108-2709 |
| | | |
| OneMain Financial | Quicken Loans | Resurgent Capital Services |
| Attn: Bankruptcy | 1050 Woodward Ave | Po Box 10587 |
| 601 Nw 2nd Street | Detroit, MI 48226-1906 | Greenville, SC 29603-0587 |
| Evansville, IN 47708-1013 | | |
| | | |
| Richmond Gastro Assoc | Schrier Tolin & Wagman, LLC | Suntrust Bank |
| ATTN #5498E | 1390 Piccard Dr. | P.O. Box 85526 |
| P.O. Box 14000 | Suite 315 | Richmond, VA 23285-5526 |
| Belfast, ME 04915-4033 | Rockville, MD 20850-6539 | |
| | | |
| Urgent Specialty Associates | Virginia Department of Taxatio | Charles Dewey Holt |
| P.O. Box 268934 | PO Box 2369 | 9618 Alfaree Road |
| Dept. 1019 | Richmond, VA 23218-2369 | North Chesterfield, VA 23237-3331 |
| Oklahoma City, OK 73126-8934 | | |
| | | |
| James E. Kane | John P. Fitzgerald, III | Suzanne E. Wade |
| Kane & Papa, PC | Office of the US Trustee - Region 4 -R | 7202 Glen Forest Drive, Ste. 202 |
| 1313 East Cary Street | 701 E. Broad Street, Ste. 4304 | Richmond, VA 23226-3770 |
| P.O. Box 508 | Richmond, VA 23219-1849 | |
| Richmond, VA 23218-0508 | | |

End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23